UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ruslan Sadikhov 24B0700

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

John Doe #'s 1, 2, 3 (C.O.)

John Doe(s) 4, etc. (Supervisors on duty)

Daniel F. Martuscello, III (Commissioner)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
[X] Yes    [ ] No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

X] Violation of my federal constitutional rights

[ ] Other:

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Ruslan                                          Sadikhov
First Name              Middle Initial           Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Attica Correctional Facility
Current Place of Detention

P.O. Box 149
Institutional Address

Wyoming, Attica              New York      14011-0149
County, City                     State                    Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

[ ] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

X] Convicted and sentenced prisoner

[ ] Other:

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    John Doe # 1
First Name                    Last Name                    Shield #

Correction Officer
Current Job Title (or other identifying information)

Green Haven Correctional Facility 594 Rte. 216
Current Work Address

Ducthess County, Stormville, N.Y. 12582-0010
County, City                    State            Zip Code

Defendant 2:    John Doe # 2
First Name                    Last Name                    Shield #

Correction Officer   594 Rte. 216
Current Job Title (or other identifying information)

Green Haven  594 Rte. 216
Current Work Address

Dutchess County, Stormville, N.Y. 12582-0010
County, City                    State            Zip Code

Defendant 3:    John Doe # 3
First Name                    Last Name                    Shield #

Correction Officer
Current Job Title (or other identifying information)

Correction Officer   594 Rte. 216
Current Work Address

Dutchess County, Stormville, N.Y. 12581-0010
County, City                    State            Zip Code

Defendant 4:    John Doe(s) # 4, etc. Supervisors on shift
First Name                    Last Name                    Shield #

Supervisor on shift
Current Job Title (or other identifying information)

Green Haven Corr. Facility 594 Rte. 216
Current Work Address

Dutchess County, Stormville, N.Y. 12582-0010 ... SEE ATTACHMENT
County, City                    State            Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:   Green Haven Correctional Facility

Date(s) of occurrence:   February 16, 2024.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

SEE ATTACHMENT

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

SEE ATTACHMENT

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

SEE ATTACHMENT

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| Sadikhov | Ruslan |
| First Name | Middle Initial | Last Name |

Attica Correctional Facility P.O. Box 149, Attica, N.Y. 14011-0149

Prison Address

Wyoming County, Attica, New York       14011-0149

County, City                        State            Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:

STATEMENT OF CLAIM

FACTS:

Defendant 5: Superintendent

Superintendent of Green haven Correctional Facility

Dutchess County, 594 Rte. 216, Stormeville, N.Y. 12582-0010


Defendant 6:

Daniel F. Martuscello, III

Commissioner of DOCCS

Albany County, 1220 Washington Ave, Albany, N.Y. 12222

STATEMENT OF CLAIM


FACTS:

This complaint arises from the violation of Mr. Sadikhov constitutional rights at the hands of DOCCS staff members.

On February 16, 2024, Mr. Rusaln Sadikhov 24B0700, (Attica Correctional Facility, P.O. Box 149, Attica, new York 14011-0149 current address]; was transferred from Rikers Island to Green Haven Correctional Facility, located in the county of Dutchess, 594 Rte. 216, Stormville, New York 12582-0010. Mr. Sadihkov was there for reception/intake along with a host of others whom were transferred at the same time. Upon entering the facility all Incarcerated Individuals "I/I" were grouped together and put into a large holding cell to await further instructions. The next instruction given was to face the wall which Mr. Sadikhov complied with and without provacation was singled out and punished for reasons at the time.

John Doe # 1 ("JD1" short, fat African American) came up behind Mr. Sadikhov and suddenly snatched his kufi (religious headgear) off his head and throws it

to the floor and begins to stomp on it while screaming & yelling he was going to throw him the SHU then suddenly JD1 starts to assault Mr. Sadikhov by punching him about the face/neck area and in the kidneys all the while still screaming and threatening to throw Mr. Sadikhov in SHU.

After his assault JD1 begins to escort Mr. Sadikhov towards the shower area of intake towards another DOCCS staff member John Doe # 2 (/"JD2" short, fat hispanic male) whom orders Sadikhov to remove his clothing in order to take a "FAST SHOWER." Mr. Sadikhov complied with said orders but JD2 without provacation begins to pick up where JD1 left off by punching Sadikhov in the face, stomach, chest area around his heart multiple times screaming "Welcome to hell" during the course of this attack.

Once JD2 was done with this vicious attack he called on and correction officer John Doe # 3 (/"JD3" skinny, tall, African American, male) was the next phase of the intake process was the shower. Sadikhov once finished with the shower, called out to JD3 on what was thew next steps when JD3 came inside the shower area and began to punch Sadikhov in the face, stomach, eye very hard for no apparent reason.

After a brief pause in the action Sadikhov was told to bend over and spread his butt cheeks per direction as part of the search then with a violent thrust Sadikhov felt sudden violent blinding pain in his rectum area and realized it was from JD3 ramming and thrusting his finger up Mr. Sadikhov anus causeing him to nearly pass out from the pain and causing him to fall to the floor because of the pain from JD3 ramming his inside his anus after JD3 had already been fondling Mr. Sadikhov gential area.

After this brutal physical/sexual assault JD3 still had more left to do to humiliate Mr. Sadikhov. Thereafter, Mr. Sadikhov was rushed to get dressed while still being threatened to not seek any medical attention and to keep his mouth

shut, don't sign up for sick call or officers can make his death look like a suscide. Mr. Sadikhov was forced into a barber chair and his bread was forcible cut off even though he is documented Muslim, yet id didn't matter to the staff it only made them want to do these acts even more than before and all the while other staff members including their superiors were there yet no one took any steps to protect my constitutional rights 1, 8, 14th amendment rights.

After transfer to another facility ||Elmira then Attica), Mr. Sadikhov have explained this situation to doctors and other staff and a formal PREA complaint has been filed with the department.

INJURIES:

Mr. Sadikhov suffered from a swollen face, the beating has caused a limp to his walk which wasn't there before the beatings took place. Brusies all over Sadikhov body, swollen eye, sever panic attacks when hearing keys, sleep deprivation due to being afraid of if/when this happen again, and rectal bleeding from the violent sexual assault. Mr. Sadikhov has documented proof of injuries on file.

VI.                                    RELIEF

The relief sought is immediate firing of all found liable for this vicious attack and retraining of those whom just stood around and did nothing; No retaliation from DOCCS for filing this complaint; and the recovery of punitive damages in the amount of $ 10,000,000.00.

**SWORN TO BEFORE ME ON THIS**

___13th___ **DAY OF** _August_ ___, 20_24_

_____
**NOTARY PUBLIC**

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

State of New York Court of Claims
----------------------------------

Ruslan Sadikhov,

                                    NOTICE OF INTENTION
                                    TO FILE A CLAIM

    -against-

The State of New York
----------------------------------

TO THE ATTORNEY GENERAL OF THE STATE OF NEW YORK:
PLEASE TAKE NOTICE, that the undersigned Ruslan Sadikhov, intends
to file a claim against the state of new york, pursuant to section
10 and 11 of the Court of Claims Act.

The post office address of the claimant herein is Attica Correctional
Facility, 639 Exchange Street, Attica, New York 14011.

For the time being I am representing myself.

The time when and the place where such claim arose and the nature
of my claim are as follows: On February 16, 2024 while at the Green
Haven Correctional Facility I was physically and sexually assaulted
by approximately three (3) correctional officers.  The incident
took place at the reception/intake shower area.  Because I had just
arrived there from Riker's Island... I could not provide names of
my attackers; however here is a brief description of what I can
provide:  one correction officer was kind of short, fat, black.
Another was a short white hispanic officer.  Also, a tall skinny
black officer.  On February 20, 2024 I was again transferred to the
Elmira Correctional Facility Reception Center.  I contacted sick call
alsofiled a PREA complaint.  Om March 5, 2024 the Office of Special
Investigations (OSI) came to see me.  I explained to them all physical
and sexual abuse I suffered at the hands of those correction officers.
I also told (OSI) that three inmate eyewitnesses were willing to
testify on my behalf.  On March6, 2024 I saw mental health doctor
and he prescribed menatl health medication, based upon what happened

to me on February 16, 2024.  On April 9, 2024 I was agin trans-
ferred to the Attica Correctional Facility.  On April 19, 2024 I
spoke to a correction Sergeant who wanted to hear from me directly
what occurred on February 16, 2024 while at Green Haven Correctional
Facility.

Dated: _____

SWORN TO BEFORE ME ON THIS

___13th___ DAY OF __August__ ___, 20_24_

_____
NOTARY PUBLIC

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

_____
Ruslan Sadikhov, Pro Se

## AFFIDAVIT OF SERVICE OF MAILING

STATE OF NEW YORK )

COUNTY OF  WYOMING _____ ) ss.:

RUSLAN SADIKHOV _____ , being duly sworn, deposes and says:

On the _____ day of __August_____ , 20 __2024__ , I served a true copy of the

annexed __Civil Complaint_____ by mailing the same in a sealed envelope, with

postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the

State of New York, addressed to the last known addressee(s) as indicated below:

(Insert here the name[s] and address[es] of the person[s] to whom you are mailing the papers being
filed with this Court. If necessary, attach extra pages for additional names and addresses.)

| Name & Address | Name & Address |
|---|---|
| Pro Se Intake Unit Room 120<br>500 Pearl Street<br>New York, New York 10007. | |
| | |
| | |
| | |
| | |

(Signature) _____

(Print Name)  Ruslan Sadikhov 24B0700

Sworn to before me this  13th

day of __August___ , __2024__

_____
Notary Public

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

Revised:  September 18, 2018

## VERIFICATION

State of New York)
                 )ss.:
County of Wyoming)


Ruslan Sadikhov, being duly sworn, says:


I am the claimant above named; I have read the foregoing Notice of Intention to File a Claim against the State of New York and know its contents; the same is true to my knowledge, except as to the matter therein stated to be alleged on information and belief, and as to those matters, I believe it to be true.

_____

Ruslan Sadikhov, Claimant.


Sworn to before me this
10 day of August, 2024.

_____

Notary Public


CHRISTOPHER DUFFY
NOTARY PUBLIC - STATE OF NEW YORK
REGISTRATION NO. 01DU6359380
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES 05-30-2025



**State of New York**
**Office of the Attorney General**

Letitia James
Attorney General

**Division of Regional Affairs**
Poughkeepsie Regional Office

July 8, 2024

Ruslan Sadikhov      1190700
Adirondack Correctional Facility
6367 Schroon
Ablon, NY 11901

RE:      Sadikhov Ruslan v. State of New York et. al
         OAG No. 24-030375

Dear Ruslan L. Sadikhov

Pursuant to CPLR Rule 3022, the defendant is electing to treat the enclosed document received on today's date as a nullity and is hereby rejecting and returning it to you for the following reason:

not certified:
verification is not properly notarized;
verification is not made by an "affidavit of verification," as required by CPLR Section 3020 and Rule 3021;
verification is not made by the affidavit of a party and does not provide a justification, pursuant to CPLR Section 3020, for it to be made by a person other than the party;
affidavit of verification does not contain the language required by CPLR Rule 3021
other: The verbiage in the verification does not match the Notice of Intent.

                                    ALBANY CLAIMS BUREAU

Enclosure

Good morning Dear, Letitia JAMES.

inmate: sadikhov RusLAN, 24B0700.

im sory for my bad English. i Just want explained Started to May.27.2024 im every day Making Law Library Call Out peper, but only today i got Call Out to Law Library for Notary On July.02.2024. Same time i Send You Certified Mail reciepts. which Shows date of my first Mailing You all This Peper work, i Send You all of My Call Out reciept, This Notice of INTENTION Claim very important for Me, because I'm 100% innocence and in Green H.C.F. 3 DOCCS Correction Officers ino reason Physicaly and Sexualy Assault to me and Physicaly Discriminated my Religion. and Resolt of that Assault im Still today on Serious Medication's, PTSD, and on Physical Ter..., My Mother Cancer Stage 3, and im innocence who trying Go Home, but this Physical and Sexual Assault stay in my Mind like bad Nightmares, are know how much time and Money needs to Fix my Mental and Physical Demage,

Respectfully, SADIKHOV Ruslan

24B0700

SWORN TO BEFORE ME ON THIS

2nd DAY OF Jny , 20 24

NOTARY PUBLIC

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL AFFAIRS
POUGHKEEPSIE REGIONAL OFFICE

May 21, 2024

**RECEIVED**
**NYS OFFICE OF THE**

JUL 0 8 2024

**ATTORNEY GENERAL**
**CLAIMS BUREAU**

Ruslan Sadikhov 24B0700
Attica Correctional Facility
639 Exchange St
Attica, NY 14011

RE:    Sadikhov, Ruslan v. State of New York et. al
OAG No. 24-030375

Dear Ruslan Sadikhov:

Pursuant to CPLR Rule 3022, the defendant is electing to treat the enclosed document received on today's date as a nullity and is hereby rejecting and returning it to you for the following reasons:

    \_\_\_\_ it is unverified;

    \_X\_ the verification is not properly notarized;

    \_\_\_\_ the verification is not made by an "affidavit of verification," as required by CPLR Section 3020 and Rule 3021;

    \_\_\_\_ the verification is not made by the affidavit of a party and does not provide a justification, pursuant to CPLR Section 3020, for it to be made by a person other than the party;

    \_\_\_\_ the affidavit of verification does not contain the language required by CPLR Rule 3021;

    \_\_\_\_ other_____

ALBANY CLAIMS BUREAU

Enclosure

STATE OF NEW YORK COURT OF CLAIMS

SADIKHOV RUSLAN

v.

THE STATE OF NEW YORK,

NOTICE OF INTENTION
TO FILE CLAIM

RECEIVED
NYS OFFICE OF THE

JUL 0 8 2024

ATTORNEY GENERAL
CLAIMS BUREAU

RECEIVED
NYS OFFICE OF THE

MAY 2 1 2024

ATTORNEY GENERAL
CLAIMS BUREAU

TO THE ATTORNEY GENERAL OF THE STATE OF NEW YORK:

PLEASE TAKE NOTICE, that the undersigned Sadikhoc Ruslan, intends to file a claim against the State of New York, pursuant to Sections 10 and 11 of the Court of Claims Act.

The post office address of the claimant herein is:

Attica Correctional Facility, P.O. Box 149, Attica, N.Y. 14011-0149.

For the time being I am representing myself.

The time when and the place where such claim arose and the nature of my claim as follows:

February 16, 2024, Green Haven Correctional Facility; I was physically, sexually assaulted by the three corrections staff.

Sadikhov Ruslan #24-B-0700 Pro-se

Dated:May 7, 2024.

SWORN TO BEFORE ME ON THIS

2nd DAY OF July ,2024

NOTARY PUBLIC

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

RECEIVED
NYS OFFICE OF THE

MAY 2 1 2024

ATTORNEY GENERAL
CLAIMS BUREAU

STATE OF NEW YORK  )
                   )s.s.:
COUNTY OF WYOMING  )


Sadikhov Ruslan, being duly sworn, says:

I am the claimant above named; I have read the foregoing claim against the State of New York and know its contents; the same is true to my knowledge, except as to the matter therein stated to be alleged on information and belief, and as to those matters, I believe it to be ture.

Sadikhov Ruslan 24-B-0700 Pro-se


PURSUANT TO CPLR 2106:

I affirm this 7th day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.


SWORN TO BEFORE ME ON THIS

2ⁿᵈ DAY OF _____, 20__

NOTARY PUBLIC

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0018932
Qualified in Erie County
Commission Expires 11/27/27

STATE OF NEW YORK COURT OF CLAIMS
--------------------------------
Sadikhov Ruslan

         v.

                                      AFFIDAVIT OF SERVICE
                                      CLAIM NO._____

THE STATE OF NEW YORK.
--------------------------------
STATE OF NEW YORK  )
                   )s.s:
COUNTY OF WYOMING  )

Sadikhov Ruslan, being duly sworn, deposes and says:

I am over the age of 18 and reside at Attica Correctional Facility, P.O. Box 149.

On 7th day of May, 2024, I served the within Notice of Intent upon the Attorney General of the State of New York by certified mail No. _____, return receipt requested at the following address:

        Department of Law
        Capitol Building
        Albany, N.Y. 12224.

said address being the address designated by the Attorney General for that purpose, by depositing a true copy of the within in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                    _____
                                Sadikhov Ruslan 24-B-0700 Pro-se

PURSUANT TO CPLR 2106:

I affirm this 7 day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____

SWORN TO BEFORE ME ON THIS

2nd DAY OF July, 2024

_____
NOTARY PUBLIC

ANTHONY J EHRENREICH
Notary Public, State of New York
Registration # 01EH0016932
Qualified in Erie County
Commission Expires 11/27/27

you could use, or agencies you could ask for help, with your problem. Sometimes there is a governmental or private agency that can address your problem or lend assistance to you. Examples of such agencies include:

- The Equal Employment Opportunity Commission (or an equivalent state, county or city agency) to address employment discrimination;

- The local police review board or office of citizens' complaints to hear complaints about police conduct;

- A consumer protection agency or the local district attorney's office to investigate consumer fraud;

- The Better Business Bureau or private professional associations (e.g., associations of contractors, accountants, securities dealers, architects and engineers, etc.) to hear business-related complaints.

Using a Small Claims Court. In some cases, you may have the option of filing a case in small claims court, which is designed for people without formal training in the law. These courts are part of any state court system. There is no equivalent to the small claims court in the federal courts.

Alternative Dispute Resolution. Dispute resolution services—such as mediation— may be faster and less expensive than taking a case to court. Mediation encourages parties to communicate clearly and constructively to find common ground or to identify solutions that can serve the parties' real interests. Many counties have free or low-cost agencies that can assist you in finding a provider of alternative dispute resolution services. Go to page 38 for more information about Alternative Dispute Resolution.

2. Have I suffered the type of injury or harm that a Court can help me with?

You cannot sue someone just because you are angry at him or her, nor can you sue someone simply because he or she has committed some illegal act. In order to bring a lawsuit that the Court will not dismiss right away, the person you are suing must have caused you to be harmed or

6

If your case does not fall under any of these categories, you should not file it in a federal district court.

4.    **Which District is the proper one to file my action?**

If you decide that your claim may be brought in a federal district court because there is either a federal question, the United States is a party, or when the dispute is between residents of different states and the amount in controversy is more than $75,000, you must then determine in which federal court to file. To decide a case, the court you select must have some logical relationship either to the litigants or to the subject matter of the dispute; this is called venue. Generally, you may only file a lawsuit if the actions or inactions that you believe violated your rights occurred within the boundaries of that District Court. If you are unsure, call the District Court Clerk's Office for guidance.

5.    **Will my claim be timely if I file it now?**

Usually a claim must be filed within a certain period of time after an injury occurs or is discovered. This time bar is called the "statute of limitations," and the length of the statute of limitations varies depending on the type of claim. Some federal and state statutes set forth a specific limitations period that may differ from those listed above. Whether your claim is barred by the statute of limitations is a legal question which may require you to do some legal research. You should make sure your claim is not time-barred before you file a lawsuit.

6.    **Have I exhausted all other available remedies?**

You should be aware that, in some instances, it is necessary for you to pursue certain remedies before you can properly pursue a claim in federal court. Two common instances are discussed below.

    **Administrative Grievance Procedures**

8

documentation that substantiates your attempts to obtain counsel on your own could result in the

denial of your motion for appointment of counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF [STATE]

[Plaintiff's Name
123 Street Name
City, State Zip Code],
Plaintiff,

              vs.

[Defendant #1's Name
456 Street Name
City, State Zip Code]

[Defendant #2's Name (If applicable)
789 Street Name
City, State Zip Code],
Defendants.

:   Case No. _____

:

:   COMPLAINT

:

:

:

:

:

:

    You should list on page 1 of your complaint the name and address of the person filing the complaint (the plaintiff), and the names and addresses of all individuals or entities against whom you are seeking relief (the defendants).[4]

    In certain kinds of cases, the parties are entitled to a jury trial. The best way to ensure your right to a jury trial is to make the demand when you file your complaint by either writing the words "Jury Trial Demanded" on the first page of your complaint or, if you are using a form complaint available from the Clerk's Office, by checking the option for a jury trial on the first page of the form complaint.

---

[4]    The name and address of each plaintiff and defendant may also be stated in numbered paragraphs in the complaint.

14

Revised 05/01 WDNY

# CERTIFICATE OF SERVICE
## Instructions and Forms

Make extra copies of these forms before you use them for the first time, so that you will have copies to use for future filings in your case. You may also obtain copies on the Western District web site at **www.nywd.uscourts.gov** on the Internet.

<u>All</u> document(s) which you wish to file with the Court **after the complaint has been served** must **first** be served on **all other parties** to the action (if appearing *pro se*) or all other parties' attorneys. The service may be accomplished either by hand-delivering or by mailing a copy of the document(s) to the other parties or to the parties' attorneys **before** you file the papers with the Court.

You **must** then include with the document(s) you are filing with the Court either a signed and dated **Certificate of Service** informing the Court under penalty of perjury that you have served a copy of the documents (which you must name) on the other parties by hand-delivering or mailing the document(s) to the other parties or their attorneys on a named date in which you state the same thing.

LOCK _30/13_    A.M. _930_    DATE _16_

TIME _____    P.M. _____

## Transitional Ctr.

MHU _____ ( )          Program _____ ( )

## Hospital

Doctor _____ ( )          Exam _____ ( )

Eye Dr. _____ ( )          Other _____ ( )

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )          Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )          Consortium _____ ( )

Library _____ ( )          Other _____ ( )

## Chapel

Choir _____ ( )          Other _____ ( )

## Miscellaneous

Law Library _____ ( )          I.G.R.C. _____ ( )

Gym _____ ( )          Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30/13_ A.M. _____ DATE _16_

TIME _____ P.M. _6_

## Transitional Ctr. *Moss*

MHU _____ (  )     Program _____ (  )

## Hospital

Doctor _____ (  )          Exam _____ (  )

Eye Dr. _____ (  )          Other _____ (  )

Dentist _____ (  )

## Electric Gate

Service Unit _____ (  )          Other _____ (  )

Chaplain Off. _____ (  )

## School

Academic _____ (  )          Consortium _____ (  )

Library _____ (  )          Other _____ (  )

## Chapel

Choir _____ (  )          Other _____ (  )

## Miscellaneous

Law Library _____ (  )          I.G.R.C. _____ (  )

Gym _____ (  )          Parole Bd. _____ (  )

Other _____ (  )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30//3_ A.M. _9_ DATE _95_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ ( )      Program _____ ( )

## Hospital

Doctor _____ ( )      Exam _____ ( )

Eye Dr. _____ ( )      Other _____ ( )

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )      Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )      Consortium _____ ( )

Library _____ ( )      Other _____ ( )

## Chapel

Choir _____ ( )      Other _____ ( )

## Miscellaneous

Law Library _____ ( )      I.G.R.C. _____ ( )

Gym _____ ( )      Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK ___*30/13*___  A.M. ___*8*___  DATE ___*26*___

TIME _____  P.M. _____

## Transitional Ctr.

MHU _____ ( )        Program _____ ( )

## Hospital

Doctor _____ ( )        Exam _____ ( )

Eye Dr. _____ ( )        Other ___*PF*___ ( )

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )        Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )        Consortium _____ ( )

Library _____ ( )        Other _____ ( )

## Chapel

Choir _____ ( )        Other _____ ( )

## Miscellaneous

Law Library _____ ( )        I.G.R.C. _____ ( )

Gym _____ ( )        Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30//3_ A.M. _O_ DATE _24_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ (  )    Program _____ (  )

## Hospital

Doctor _____ (  )    Exam _____ (  )

Eye Dr. _____ (  )    Other _pf i_ (  )

Dentist _____ (  )

## Electric Gate

Service Unit _____ (  )    Other _____ (  )

Chaplain Off. _____ (  )

## School

Academic _____ (  )    Consortium _____ (  )

Library _____ (  )    Other _____ (  )

## Chapel

Choir _____ (  )    Other _____ (  )

## Miscellaneous

Law Library_____ (  )    I.G.R.C. _____ (  )

Gym _____ (  )    Parole Bd. _____ (  )

Other _____ (  )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30-13_   A.M. _9_   DATE _25_

TIME _____   P.M. _____

## ~~Transitional Ctr.~~

MHU _____ (—)   Program _____ (  )

## Hospital

Doctor _____ (  )   Exam _____ (  )

Eye Dr. _____ (  )   Other _____ (  )

Dentist _____ (  )

## Electric Gate

Service Unit _____ (  )   Other _____ (  )

Chaplain Off. _____ (  )

## School

Academic _____ (  )   Consortium _____ (  )

Library _____ (  )   Other _____ (  )

## Chapel

Choir _____ (  )   Other _____ (  )

## Miscellaneous

Law Library _____ (  )   I.G.R.C. _____ (  )

Gym _____ (  )   Parole Bd. _____ (  )

Other _____ (  )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30/13_   A.M. _9_   DATE _23_

TIME _____   P.M. _____

## Transitional Ctr.

MHU ___✗___ ( )    Program _____ ( )

## Hospital

Doctor _____ ( )        Exam _____ ( )

Eye Dr. _____ ( )        Other _____ ( )

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )        Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )        Consortium _____ ( )

Library _____ ( )        Other _____ ( )

## Chapel

Choir _____ ( )        Other _____ ( )

## Miscellaneous

Law Library _____ ( )        I.G.R.C. _____ ( )

Gym _____ ( )        Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK __30//5__ A.M. __/__ DATE __2/__

TIME _____ P.M. _____

## Transitional Ctr.

MHU ____✗____ (  )  ·  Program _____ (  )

## Hospital

Doctor _____ (  )          Exam _____ (  )

Eye Dr. _____ (  )          Other _____ (  )

Dentist _____ (  )

## Electric Gate

Service Unit _____ (  )          Other _____ (  )

Chaplain Off. _____ (  )

## School

Academic _____ (  )          Consortium _____ (  )

Library _____ (  )          Other _____ (  )

## Chapel

Choir _____ (  )          Other _____ (  )

## Miscellaneous

Law Library_____ (  )          I.G.R.C. _____ (  )

Gym _____ (  )          Parole Bd. _____ (  )

Other _____ (  )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30 - 13_ ' A.M. _8_ DATE _20_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ ( )        Program _____ ( )

## Hospital

Doctor _____ ( )        Exam _____ ( )

Eye Dr. _____ ( )        Other _NP_ ; (—)

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )        Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )        Consortium _____ ( )

Library _____ ( )        Other_____ ( )

## Chapel

Choir _____ ( )        Other _____ ( )

## Miscellaneous

Law Library_____ ( )        I.G.R.C. _____ ( )

Gym _____ ( )        Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30/13_ A.M. _9_ DATE _14_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ ( )        Program _____ ( )

## Hospital

Doctor _____ ( )        Exam _____ ( )

Eye Dr. _____ ( )        Other _____ ( )

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )        Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )        Consortium _____ ( )

Library _____ ( )        Other _____ ( )

## Chapel

Choir _____ ( )        Other _____ ( )

## Miscellaneous

Law Library _____ ( )        I.G.R.C. _____ ( )

Gym _____ ( )        Parole Bd. _____ ( )

Other _P//_ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30 - 13_ A.M. _8_ DATE _8_

TIME _____ P.M. _____

### ~~Transitional Ctr.~~

MHU _____ (  ✓  )      Program _____ (   )

### Hospital

Doctor _____ (   )            Exam _____ (   )

Eye Dr. _____ (   )            Other _____ (   )

Dentist _____ (   )

### Electric Gate

Service Unit _____ (   )            Other _____ (   )

Chaplain Off. _____ (   )

### School

Academic _____ (   )            Consortium _____ (   )

Library _____ (   )            Other _____ (   )

### Chapel

Choir _____ (   )            Other _____ (   )

### Miscellaneous

Law Library _____ (   )            I.G.R.C. _____ (   )

Gym _____ (   )            Parole Bd. _____ (   )

Other _____ (   )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30-13_ A.M. _8_ DATE _8_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ ( )      Program _____ ( )

### Hospital

Doctor _____ ( )      Exam _____ ( )

Eye Dr. _____ ( )      Other _LAB_ (—)

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )      Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )      Consortium _____ ( )

Library _____ ( )      Other _____ ( )

## Chapel

Choir _____ ( )      Other _____ ( )

## Miscellaneous

Law Library _____ ( )      I.G.R.C. _____ ( )

Gym _____ ( )      Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

LOCK _30 ⁻13_   A.M. _8_   DATE _7_

TIME _____ P.M. _____

## Transitional Ctr.

MHU _____ ( )      Program _____ ( )

## Hospital

Doctor _____ ( )      Exam _____ ( )

Eye Dr. _____ ( )      Other _P T_ (⁻)

Dentist _____ ( )

## Electric Gate

Service Unit _____ ( )      Other _____ ( )

Chaplain Off. _____ ( )

## School

Academic _____ ( )      Consortium _____ ( )

Library _____ ( )      Other _____ ( )

## Chapel

Choir _____ ( )      Other _____ ( )

## Miscellaneous

Law Library_____ ( )      I.G.R.C. _____ ( )

Gym _____ ( )      Parole Bd. _____ ( )

Other _____ ( )

Incarcerated Individual Refused _____

AC048 (10/21)

State of New York Court of Claims

-----------------------------------

Ruslan Sadikhov,

                                         AFFIDAVIT OF SERVICE
                                         Claim No._____

     -against-

The State of New York

-----------------------------------

STATE OF NEW YORK
COUNTY OF WYOMING

     Ruslan Sadikhov, being duly sworn, deposes and says:
     I am over the age of 18 and reside at Attica Correctional facility
     On _August, 10_ , _2024_ . I served the within Notice
of Intention to File a Claim upon the Attorney General of the
State of New York by certified mail No. _____
return receipt requested at the following address:

               Department of law
               Capital Building
               Albany, N.Y. 12224
said address being the address designated by the Attorney for the
purpose, by depositing a true copy of the within in a postpaid pro-
perly addressed wrapper in an official depository under the exclusive
care and custody of the United states Postal services within the
State of New York.

                                    _____
                                    Ruslan sadikhov
                                    Claimant, Pro Se

sworn to before me this
_10_ day of August 2024

_____
Notary Public

CHRISTOPHER DUFFY
NOTARY PUBLIC - STATE OF NEW YORK
REGISTRATION NO. 01DU6359380
QUALIFIED IN ERIE COUNTY
COMMISSION EXPIRES 05-30-2025



ROBERT W. WATSON, 91151/696
1827 SEVENTH AVENUE, APT 1A
New York, N.Y. 10026

United States District Courts
500 PEARL STREET
New York, NY 10007

RECEIVED
CLERK'S OFFICE
S.D.N.Y.

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®