

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

April 29, 2026

<u>**Via ECF**</u>
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    *Sadikhov v. John Doe, et al., 24-Civ-06621 (KMK)*

Dear Judge Karas:

The New York State Office of the Attorney General ("OAG") represents Defendant Daniel Martuscello in the above-referenced action. OAG writes in response to the Court's April 24, 2026 Order requesting a status update regarding the Department of Corrections and Community Supervision Office of Special Investigations ("OSI") investigation of Plaintiff's allegations. ECF No. 37.

On April 27, 2026, OAG was informed by OSI Assistant Deputy Chief Investigator Johanna Whitney that the related investigation remains active and ongoing as they await responses to OSI-issued third-party subpoenas. Deputy Whitney was unable to provide OAG with a timeframe as to the expected conclusion of the inquiry.

On April 24, 2026, the Court issued summonses for Defendants Francisco Moreira, Keith Sposato, Keron Williams, and Melody Perez. ECF No. 38. Upon information, the newly named Defendants have not yet been personally served, however, based on the ongoing nature of the OSI investigation and the difficulty of determining the appropriateness of representation, OAG respectfully requests a stay of this litigation until the OSI matter is closed and materials may be shared with our office. A stay in the matter would permit OAG to determine the reasonableness of legal representation once we have access to relevant records and OSI findings. Likewise, Defendant Martuscello also respectfully requests a stay of his response to Local Civil Rule 33.2 until the close of the OSI investigation.[1]

Lastly, in the OAG's June 16, 2025 *Valentin* Response, OAG indicated that a service address would be furnished for retired DOCCS employee Keith Sposato if he was identified as a "John Doe" defendant. Since Plaintiff has formally named Keith Sposato in the Amended Complaint (ECF No. 34), he may be served at the following address:

---

[1] These responses were ordered by the Court on April 24, 2026.

Hon. Kenneth M. Karas                                                      Page 2 of 2
April 29, 2026

        NYS DOCCS - Counsel's Office
        The Harriman State Campus
        1220 Washington Avenue – Building 4
        Albany, New York 12226

        We thank the Court for its time and consideration.

This case is stayed until June 15, 2025.
Defendants are to provide a status report by         Respectfully submitted,
then.  The Clerk is respectfully directed to mail
this document to Plaintiff.
                                                     /s/
So Ordered.                                          Jennifer Goltche
                                                     Assistant Attorney General
                                                     (212) 416-8591
4/29/26                                              Jennifer.Goltche@ag.ny.gov


        **By U.S. Mail**
cc:     Ruslan Sadikhov, DIN # 24B0700
        Auburn Correctional Facility
        135 State Road
        P.O. Box 618
        Auburn, New York 13021